**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 09-10118 |
| Plaintiff - Appellee, | D.C. No. 1:01-CR-00492-HG |
| v. | |
| ELIGIO CHAVEZ-MONTES, | MEMORANDUM [*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Hawaii
Helen Gillmor, District Judge, Presiding

Submitted February 16, 2010[**]

Before:    FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

   Eligio Chavez-Montes appeals from the 18-month sentence imposed

following revocation of his supervised release.  We have jurisdiction pursuant to

---

   [*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

   [**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

EF/Research

28 U.S.C. § 1291, and we affirm.

Chavez-Montes contends that his sentence is unreasonable because the district court failed to consider the 18 U.S.C. § 3553(a) factors and make an individualized assessment based on the facts of his case. The record indicates that the district court did not procedurally err, and that Chavez-Montes' sentence is substantively reasonable. *See United States v. Carty*, 520 F.3d 984, 991-93 (9th Cir. 2008) (en banc); *see also United States v. Simtob*, 485 F.3d 1058, 1062-63 (9th Cir. 2007).

**AFFIRMED.**